**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 99-1958

OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY,

Plaintiff - Appellee,

versus

O. LARRY WOODHOUSE,

Defendant - Appellant,

and

SHARP, MICHAEL, OUTTEN & GRAHAM, L.L.P.;
STARKEY SHARP; SHOT D. INCORPORATED; WALNUT
RANCH, INCORPORATED,

Defendants.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Elizabeth City. Terrence W. Boyle,
Chief District Judge. (CA-97-23-2-BO, CA-97-42-BO-2)

Submitted: February 8, 2000          Decided: February 22, 2000

Before MICHAEL and TRAXLER, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

O. Larry Woodhouse, Appellant Pro Se.  Roy Herman Michaux, Jr.,
PERRY, PATRICK, FARMER & MICHAUX, P.A., Charlotte, North Carolina,
for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

O. Larry Woodhouse appeals the district court's order granting summary judgment to Old Republic National Title Insuance Company. We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See Old Republic Nat'l Title Ins. v. Woodhouse, et al., Nos. CA-97-23-2-BO; CA-97-42-BO-2 (E.D.N.C. June 16, 1999).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2